IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JERMEKO COOPER,**
**ADC #134807**                                                            **PLAINTIFF**

v.                                     No. 3:14-cv-162-DPM

**DONNA HART, Court Clerk, Mississippi**
**County Circuit Court and DOES 1-2,**
**Mississippi County Circuit Court Employees**          **DEFENDANTS**

## ORDER

The Court warned Cooper that if he did not submit an amended complaint by 29 July 2014, the Court would dismiss his complaint without prejudice. № 3. Cooper has not filed an amended complaint, and the time to do so has passed. Cooper's complaint is therefore dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 August 2014