IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERMEKO COOPER,
ADC #134807                                                                                             PLAINTIFF

v.                      No. 3:14-cv-162-DPM

DONNA HART, Court Clerk, Mississippi
County Circuit Court and DOES 1-2,
Mississippi County Circuit Court Employees          DEFENDANTS

JUDGMENT

Cooper's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

13 August 2014